699 A.2d 730

Ethelyn TAYLOR, Administratrix of the Estate of Harold Herbert Taylor, Jr. and Marilyn Bond, Respondents,

v.

CITY OF PHILADELPHIA, City of Philadelphia Police Officer Carl Rone, Badge # 2252, City of Philadelphia Police Officer Nellon White, Badge # 2988, Clifford Skinner, State Correctional Institution at Graterford, Pennsylvania Inmate # BB6855, Petitioners.

Supreme Court of Pennsylvania.

Sept. 16, 1997.

Alan C. Ostrow, Stephanie L. Franklin–Suber, Philadelphia, for petitioner.

*ORDER*

PER CURIAM:

AND NOW, this 16th day of September, 1997, it is ordered that the petitioners' petition for allowance of appeal is GRANTED, and the order of the Commonwealth Court is **AFFIRMED.**

ZAPPALA, J., dissents and would reverse the order of the Commonwealth Court.